AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:25-cr-00166 |
| SAMUEL DIMITRI AKA, | ) Assigned To: Kollar-Kotelly, Colleen |
|  | ) Assign Date: 6/10/2025 |
|  | ) Description: INDICTMENT (B) |
|  | ) Related Case No.: 23-cr-73 (CKK) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Samuel Dimitri Aka

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846
(Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl)

21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(vi)
(Unlawful Distribution of Forty Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl)

Date: 06/10/2025

*Issuing officer's signature*

City and state: Washington, D.C.     Moxila A. Upadhyaya U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 6/16/25, and the person was arrested on *(date)* 6/16/25
at *(city and state)* Washington, D.C.

Date: 6/16/25

*Arresting officer's signature*

SA CARLEY LANGLEY
*Printed name and title*